**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**German Garcia GARCIA, Defendant—**
**Appellant.**

No. 05–30416.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2006.*

Filed April 10, 2006.

Jane M. Kirk, Esq., USSP–Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Dan B. Johnson, Esq., Dan B. Johnson, P.S., Spokane, WA, for Defendant–Appellant.

Before: HAWKINS, McKEOWN and PAEZ, Circuit Judges.

MEMORANDUM **

German Garcia Garcia appeals from the district court's judgment and 155–month sentence imposed following his guilty plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846, distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 2, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 2. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Garcia Garcia has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Garcia Garcia has not filed a pro se supplemental brief, and the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

